```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/03/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA            :
                                    :
      -against-                     :      19-CR-862 (VEC)
                                    :
                                    :      ORDER
EZEQUIEL OSPINA, MARK WOODS,        :
WILLIAM GONZALEZ,                   :
                                    :
                   Defendants.      :

------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference with Defendants Ezequiel Ospina, Mark Woods, and William Gonzalez is scheduled for Monday, November 8, 2021 at 11:00 A.M., Dkt. 615;

IT IS HEREBY ORDERED that due to a conflict in the Court's calendar, the status conference is adjourned to **Wednesday, November 10, 2021, 2021 at 3:00 P.M.**

IT IS FURTHER ORDERED that the conference will be held in person in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.  Per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.

IT IS FURTHER ORDERED that any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

**Dated: November 3, 2021**
     **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**