USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA             :
                                     :
          -against-                  :           19-CR-862 (VEC)
                                     :
                                     :               ORDER
EZEQUIEL OSPINA, MARK WOODS,         :
WILLIAM GONZALEZ,                    :
                                     :
                       Defendants.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 11, 2021, the Government and Defendants Ezequiel Ospina, Mark Woods, and William Gonzalez appeared for a status conference;

IT IS HEREBY ORDERED that with respect to Defendant Ezequiel Ospina, any motions *in limine* are due no later than **Friday, December 3, 2021**. Any responses in opposition are due no later than **Friday, December 17, 2021**. Requests to charge and proposed *voir dire* questions are due no later than **Wednesday, December 29, 2021**.

IT IS FURTHER ORDERED that Defendants Mark Woods and William Gonzalez must appear for a status conference on **Thursday, January 6, 2022 at 3:30 P.M.** The status conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that a hearing on a bail application for Defendant Mark Woods will be held on **Friday, November 19, 2021 at 1:00 P.M.** If either side would like to submit materials in advance of the hearing, those materials must be filed no later than **Wednesday, November 17, 2021**. The bail hearing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that given the complexities and delays associated with reviewing discovery, meeting with counsel, discussing potential dispositions, and preparing for trial during the COVID-19 pandemic, the Court finds that the ends of justice in accommodating those delays outweigh the Defendants' and the public's interests in a speedy trial, and that exclusion of time between now and February 28, 2022 is warranted pursuant to 18 U.S.C. § 3161(h)(7).

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

**Dated: November 11, 2021**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**