USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA            :
                                             :      19-CR-862 (VEC)
          -against-                 :
                                             :      ORDER
WILLIAM GONZALEZ,                 :
                                             :
                      Defendant.     :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Gonzalez's sentencing is scheduled for Wednesday, May 25, 2022 at 10:30 A.M.;

IT IS HEREBY ORDERED that by no later than **Wednesday, May 18, 2022**, the Government must file a supplementary sentencing submission addressing the following:

1. Paragraph 35 of the Presentence Report states that "[o]n March 16, 2017, **GONZALEZ** and Sepulveda were arrested and charged with criminal possession of a controlled substance." *See* PSR ¶ 35. That arrest is not included in the section of the PSR discussing the Defendant's criminal history. Is the March 16, 2017 arrest the same as the March 1, 2018 arrest discussed in paragraph 99 of the PSR? If those are indeed different arrests, the Government must provide additional details about the March 16, 2017 arrest.

2. Paragraph 36 of the PSR and the Government's sentencing submission discuss the quantities of drugs dealt by Mr. Gonzalez, which suggest that he was distributing to dealers and not to end users. But the PSR and Government submission do not discuss the frequency in which Mr. Gonzalez dealt drugs. The Government should provide additional details on the quantity of the drugs Mr. Gonzalez was selling over a time

period, like on a weekly or monthly basis.  Additionally, the Government should provide any information it has to confirm that, given the quantities Mr. Gonzalez was dealing, he was primarily dealing to other dealers and not to end users.

3. Other than the robbery on July 27, 2019, in the last 8 years, since Mr. Gonzalez was released from parole in 2014, does the Government have any evidence of violence specifically associated with Mr. Gonzalez, *i.e.*, violence that he either directed, was present for, or participated in?

4. Paragraph 34 of the PSR states that "one cooperating witness CW-2 observed **GONZALEZ** publicly scream at Carmelo Velez, the First Crown of the Black Mob, because Velez had not resolved an ongoing conflict between the Queens and Brooklyn factions of the Black Mob, which had resulted in some of the Black Mob members not attending meetings and paying dues." PSR ¶ 34.  When, approximately, did this event occur?

IT IS FURTHER ORDERED that any response to the Government's supplementary submission from Defendant is due no later than **Friday, May 20, 2022**.

**SO ORDERED.**

**Dated: May 13, 2022**
     **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**